UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

Michael Newey,

Debtor

Chapter 13

Case No. 25-10012

**<u>ORDER DENYING CONFIRMATION</u>**

On January 27, 2025, the debtor filed a chapter 13 plan [Dkt. No. 10] (the "Plan"). He has not filed a notice of hearing with respect to the Plan or a certificate of service showing that the Plan was served on interested parties. *See* D. Me. LBR 2002-1(b)(3), 3015-1(a), (c). At one point, he attempted to file a modified plan [Dkt. No. 33], but because it was not filed correctly, it was terminated by the Clerk's office [Dkt. No. 34]. At a hearing on April 3, 2025, the debtor acknowledged that the Plan is not capable of being confirmed. *See* [Dkt. No. 39]. Based on that acknowledgment, and upon the Court's independent review of the Plan, confirmation is hereby DENIED.

The debtor is granted leave to file a modified plan. If the debtor would like to remain in chapter 13, a modified plan must be filed no later than May 7, 2025, along with (1) a notice setting that plan for hearing on the first available hearing date that will afford parties in interest with the requisite amount of notice and (2) a certificate of service showing that the modified plan and the notice of hearing were served on all interested parties as required by the applicable rules. The debtor must continue making payments under the Plan [Dkt. No. 10] until a modified plan is filed. If a modified plan and a notice of hearing and certificate of service with respect to that

modified plan are not timely filed, this case may be converted or dismissed without further notice or opportunity.

Dated: April 9, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine